O. B. COTHREN V. THE STATE.

No. 20149.   Delivered February 8, 1939.
Rehearing Denied March 22, 1939.

The opinion states the case.

*J. Mitch Johnson,* of San Saba, for appellant.

*Lloyd W. Davidson,* State's Attorney, of Austin, for the State.

MORROW, PRESIDING JUDGE.—The conviction is for unlawfully transporting intoxicating liquor in a dry area; penalty assessed at a fine of $250.00.

The question presented was determined adversely to appellant's contention in the companion case of Cothren v. State, No. 20,150, in which an opinion is this day rendered affirming the judgment of conviction. (Page 463 of this volume). Upon the authority of that case the judgment in the present appeal is affirmed.

### ON MOTION FOR REHEARING

GRAVES, JUDGE.—This is a companion case to cause No. 20,150, O. B. Cothren v. State, in which a motion for a rehearing was this day overruled, (page 463 of this volume) and the same questions are herein presented as were there discussed. What was said in cause No. 20,150 is also applicable herein, and the opinion on motion for a rehearing is here referred to as applicable to and controlling on the questions raised in this motion.

The motion is therefore overruled.